In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-133 CR


____________________



MELLANIE LOUISE YOUNG, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 1A District Court


Tyler County, Texas


Trial Cause No. 9244






MEMORANDUM OPINION


 On March 24, 2005, we abated the appeal to the trial court. We received the
supplemental reporter's record on August 15, 2005. The appeal is hereby reinstated. On
May 25, 2005, the trial court conducted a hearing to determine why the appellant's brief
had not been filed. See Tex. R. App. P. 38.8. The appellant personally appeared at the
hearing and expressed her desire to dismiss her appeal.


 The Court finds the appellant has voluntarily abandoned the appeal. Our opinion
has not issued in this appeal, and the appellant stated in open court that she wishes to
withdraw her notice of appeal. Accordingly, the appeal is dismissed.

 APPEAL DISMISSED.

 __________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 24, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.